Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Noah Long (Certified Law Student)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile (650) 723-4426

Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization, | Civil Action No. C 07-4997 MHP |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| THE OFFICE OF MANAGEMENT AND BUDGET, | (Freedom of Information Act, 5 U.S.C. §§ 552, *et seq.*) |
| Defendant. | |

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1

1 <u>Certification of Interested Entities or Persons</u>

2 Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3 parties, there is no such interest to report.

4

5 Respectfully submitted this 27th day of September, 2007,

6

7 /s/ Justin Augustine

8 Justin Augustine
Center for Biological Diversity
9 1095 Market St., Suite 511
San Francisco, CA 94103
10 Tel: (415) 436-9682
Fax: (415) 436-9683
11 jaugustine@biologicaldiversity.org

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

2