# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4997 MHP

TO: (Name and address of defendant)

| | | |
|---|---|---|
| Jim Nussle, Director<br>OFFICE OF MANAGEMENT<br>AND BUDGET<br>725 17th Street, NW<br>Washington, D.C. 20503 | Alberto R. Gonzales<br>Attorney General of the<br>United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Scott M. Schools<br>Interim United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deborah A. Sivas
Leah J. Russin
Noah Long
Environmental Law Clinic
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, California 94305-8610

Justin Augustine
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, California 94103

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE  SEP 2 7 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 1, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Justin Augustine | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail; Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/2007
              Date

Signature of Server

Address of Server
1095 Market St., Ste 511
San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure