Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Noah Long (Certified Law Student)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile (650) 723-4426

Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization, | Civil Action No. C-07-4997-MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE OFFICE OF MANAGEMENT AND BUDGET, | (Freedom of Information Act, 5 U.S.C. §§ 552, *et seq.*) |
| Defendant. | |

CERTIFICATE OF SERVICE— C-07-4997-MHP                                                                                                        1

**CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the **Complaint** and **Summons**, on October 1, 2007, I served the following documents:

**Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

**ECF Registration Information Handout**

**Order Setting Initial Case Management Conference and ADR Deadlines**

**Certification of Interested Entities or Persons**

on the following:

Jim Nussle, Director
Office of Management and Budget
725 17th St., NW
Washington, D.C. 20503

Alberto R. Gonzales
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Scott M. Schools
Interim U.S. Attorney
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102

by mailing a true copy of the documents enclosed in a sealed envelope and sent via U.S. certified mail at the U.S. Post Office, Fox Plaza, San Francisco, CA,

I certify under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted this 24th day of October, 2007,

/s/  Justin Augustine

Justin Augustine (SBN 235561)
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

CERTIFICATE OF SERVICE— C-07-4997-MHP                                                                            2