

EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

October 12, 2006

Ms. Kassie Siegel
Center for Biological Diversity
Climate, Air and Energy Program Director
P.O. Box 549
Joshua Tree, CA 92252

Dear Ms. Siegel:

    This letter is in response to your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) dated August 29, 2006, which was received in this office on September 14, 2006. Your request asked for all documents relating to the development of the Final Rule setting average fuel economy standards for light trucks for model years 2008-2011 (71 Fed. Reg. 17566-17679, "rulemaking") that are not already posted on the Internet in Docket Nos. 2005-22223 and 2006-24309. This request includes communications among staff and with others that were created during the development of the Final Rule and the earlier Proposed Rule (70 Fed. Reg. 51414-51466). This request includes but is not limited to e-mail exchanges or other correspondence among agency staff and between agency staff and others, draft documents, internal reviews and critiques, inter-agency reviews, agency meeting notes, etc.

    After careful review of your request, we have determined that your request is overly broad and, in order to respond to your request, you will need to narrow the scope of your request in order to enable OMB staff to appropriately respond. Accordingly, OMB is requesting that you refine the scope of your request to focus on the information that is of most interest to you.

    We await your reply in writing on how you would like OMB to proceed. If we do not hear back from you in 30 days, we will assume that you are no longer interested in this request, and we will close the request.

Sincerely,

Lauren E. Wright
Deputy Assistant Director
for Administration

EXHIBIT 1