IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF MANAGEMENT AND BUDGET, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> PEOPLE OF THE STATE OF CALIFORNIA *ex* ) <br> *rel.* EDMUND G. BROWN JR., ATTORNEY ) <br> GENERAL OF THE STATE OF CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENVIRONMENTAL PROTECTION AGENCY, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C 07-4997 MHP <br><br> **[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO RELATE CASES** <br><br><br> Case No. C 07-2055 JSW |

Having considered Defendant Office of Management and Budget's Administrative Motion to Consider Whether Cases Should Be Related, and good cause appearing therefor, the Court hereby FINDS that the above-captioned cases are not related under Local Rule 3-12 and DENIES the pending administrative motion. Accordingly, Case No. C 07-4997 shall not be transferred to Judge White.

IT IS SO ORDERED.


Dated:_____        _____
                                     UNITED STATES DISTRICT JUDGE