**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.   C 07-4997  MHP            Judge: MARILYN H. PATEL

Title: CENTER FOR BIOLOGICAL DIVERSITY -v- OFFICE OF MANAGEMENT AND BUDGET

Attorneys:  Plf: Leah Russn, Noah Long, Justin Agustine
            Dft: Michael Pyle

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Related case noticed previously denied; Briefing schedules set as follows:

    Cross Motions to be filed 1/25/2008;
    Oppositions to be filed by 2/8/2008;
    No Replies;
    Motions to be heard 2:00 pm on 2/25/2008.