

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

January 26, 2007

Mr. Justin Augustine
Staff Attorney
Center for Biological Diversity
1095 Market Street
Suite 511
San Francisco, CA   94103

[SENT VIA FACSIMILE (415) 436-9683 AND FIRST CLASS U.S. MAIL]

Dear Mr. Augustine:

This responds to your letter (which you have labeled as an appeal letter) dated November 7, 2006, which was received on November 9, 2006, concerning the Office of Management and Budget's (OMB's) response of October 12, 2006, to your organization's Freedom of Information Act (FOIA) dated August 29, 2006 which was receive by OMB's FOIA Office on September 14, 2006.

In your FOIA request you asked for:

"All documents relating to the development of the Final Rule setting average fuel economy standards for light trucks for the model years 2008-2011 (71 Fed. Reg. 17566-17679, "rulemaking") that are not already posted on the internet in Docket No.s 2005-22223 and 2006-24509. This request includes communications among staff and with others that were created during the development of the Final Rule and the Proposed Rule (70 Fed. Reg. 51414-51466). This request includes, but is not limited to e-mail exchanges or other correspondence among agency staff and between agency staff and others, drafting documents internal reviews and critiques, inter-agency reviews, agency meeting notes, etc."

In our October 12, 2006 response letter, OMB stated:

"After a careful review of your request, we determined that your request was overly broad and, in order to respond to your request, you will need to narrow the scope of your search in order to enable OMB staff to appropriately respond. Accordingly, OMB is requesting that you refine the scope of your request to focus on the information that is of most interest to you."

While your letter is styled as an appeal, I do not consider your letter to constitute a proper appeal since OMB has not yet made a determination whether to grant or deny your FOIA request. Our October 12, 2006, letter invited you to refine the scope of your search. However, your response letter did not refine your request, but instead stated your belief that the FOIA


EXHIBIT 4

request is detailed enough and further stated your belief that your request would not be too broad or burdensome. In matters where overly broad FOIA requests are made, before making an initial determination, OMB routinely contacts requesters to refine the range of their requests. Since you have not chosen to narrow the scope of your request, we will process your request by considering your request for a fee waiver.

Under the FOIA statute and OMB's implementing regulations at 5 CFR 1303.70, fees otherwise chargeable in connection with a request for disclosure may be waived or reduced by the agency when OMB determines that: 1.) disclosure is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government and 2.) is not primarily in the commercial interest of the requester.

In the matter at hand, your request specifically asked for documents that "are not already posted on the internet in Docket No.s 2005-22223 and 2006-24509." As a result, we anticipate that the documents we would locate would consist of pre-decisional opinions, discussions and/or draft versions of the proposed and final rule which were being considered, commented upon and revised by Executive Branch staff. As such these documents would constitute intra-agency or inter-agency, pre-decisional, and deliberative communications, the disclosure of which would inhibit the frank and eandid exchange of views necessary for effective government decision making. The release of such materials would chill the deliberative process, which would be contrary to the public interest. As a result, we anticipate that the vast majority of the documents that are the subject of your FOIA request would very likely be withheld from mandatory disclosure under FOIA exemption 5 (5 U.S.C. § 552(b)(5)). Therefore, we would likely decline to release them.

Moreover, we expect that the releasable portions of the potentially responsive documents will likely reveal only existing publicly known information. Furthermore, any documents containing attorney-client communications or confidential commercial information would also be withheld from disclosure under FOIA exemptions 4 and 5. Moreover, as explained above, OMB would likely not release pre-decisional documents which would reveal government employees' deliberations on the corporate fuel average economy regulation. Consequently, such release would not contribute significantly to public understanding of the operations or activities of the Government as required under OMB's implementing FOIA regulations at 5 CFR 1303.70. Therefore, your request for a fee waiver is denied.

As provided under OMB's implementing FOIA regulation at 5 CFR 1303, we have determined that your organization is a non-commercial requester. This means that your organization would be allowed two hours of search time at no cost and 100 copies at no cost. After that, your organization would be subject to costs including search costs based upon the salary (plus benefits) of the individuals conducting the searches as well as photocopying fees of 15 cents per page.

At this time, we estimate the cost of an electronic search alone (not including manual search time and not including photocopying costs) would be approximately $6,171 (six thousand one hundred and seventy-one dollars). Please note that an electronic search is only one portion of a FOIA search and that the electronic search portion cost provided above is an estimate.

Please further note that OMB has not yet conducted a search (electronic or otherwise) of the records in response to your request. Consequently you are advised that the search costs estimated herein are preliminary approximate costs and will likely ultimately be significantly higher as our search progresses.

In addition, since your FOIA request would exceed $250, pursuant to OMB's FOIA regulations you are required to provide advance payment which we estimate, at this point, to be approximately $6,171. Please make your check or money order payable to the U.S. Treasury and mail it the attention of Ms. Dionne Hardy, OMB's FOIA Officer.

If you would like to reformulate your FOIA request in an effort to reduce the search and copying costs and to expedite our processing of your request, please contact Ms. Hardy at (202) 395-7214 or via fax at (202) 395-3108. Please note that your FOIA request will not be processed by OMB until the FOIA fee issue is resolved. If we do not receive a response from your organization within 30 days of the date of this letter, we will consider this FOIA request withdrawn and will close your request file.

I am the official responsible for this denial of your fee waiver request and if you wish you may request reconsideration of this determination and submit an appeal in writing in accordance with OMB regulations at 5 CFR 1303.

Sincerely,

Lauren G. Wright
Lauren Wright
Deputy Assistant Director
for Administration