JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7322
    FAX: (415) 436-6748
    e-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant Office of Management and Budget

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | No. C 07-4997 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OFFICE OF MANAGEMENT AND BUDGET'S MOTION FOR SUMMARY ADJUDICATION OF FEE WAIVER ISSUE AND DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:  February 25, 2008<br>Time:  2:00 p.m.<br>Judge: Honorable Marilyn Hall Patel<br>        Courtroom 15 |

      Defendant Office of Management and Budget's ("Defendant") motion for summary adjudication of fee waiver issue and Plaintiff Center for Biological Diversity's ("Plaintiff") motion for summary adjudication of fee waiver issue were both heard on February 25, 2008 at 2:00 p.m. After considering the papers filed in support of and in opposition to the motions, and having heard oral argument, the Court hereby GRANTS Defendant's motion for summary

[PROPOSED] ORDER GRANTING DEF.'S MOT. FOR SUMM. ADJ. AND DENYING PLAINTIFF'S MOT. FOR SUMM. ADJ.
C 07-4997 MHP

1 | adjudication and DENIES Plaintiff's motion for summary adjudication.

3 |       IT IS SO ORDERED.

5 | Dated: _____    _____

                                                                Hon. Marilyn Hall Patel
                                                                United States District Judge