Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Noah Long (Certified Law Student)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 725-8571
Facsimile (650) 723-4426

Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA  94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　Defendant. | Civil Action No. C 07-4997 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** Feb. 25, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 15, 18th Floor |

ON FEBRUARY 25, 2008, this Court heard oral argument on cross motions for summary judgment filed by Plaintiff Center for Biological Diversity and Defendant Office of Management and Budget. Each sought judgment on the single issue of whether the Defendant Office of Management and Budget should have granted a waiver of fees related to Plaintiff's request for documents pursuant to the Freedom of

1

Information Act ("FOIA"), 5 U.S.C. § 552.  After considering the papers filed in support of and in opposition to the motions, and having heard oral argument, and for the reasons in Plaintiff's papers and argument, the Court hereby GRANTS Plaintiff's motion for summary judgment and DENIES Defendant's cross motion.  Further, this Court orders the Office of Management and Budget to provide documents responsive to Plaintiffs request by March 25, 2008.

IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE