**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OFFICE OF MANAGEMENT & BUDGET,<br><br>        Defendant(s).<br>_____ / | No. C 07-04997 MHP<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |

    The parties are notified that the hearing of the motion(s) in this matter currently on calendar for February 25, 2008, is hereby RESCHEDULED to **March 10, 2008, at 2:00 p.m..** Please note that **only** the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

                                                       Richard W. Wieking<br>                                                       Clerk, U.S. District Court

Dated: February 13, 2008                         Anthony Bowser, Deputy Clerk to the
                                                       Honorable Marilyn Hall Patel
                                                             (415) 522-3140