UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OFFICE OF MANAGEMENT & BUDGET,<br><br>        Defendant(s). | No. C 07-04997 MHP<br><br>**CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |

    Defendants, having moved this Court for a hearing on March 10, 2008, the parties are hereby notified that the motion for summary adjudication of fee waiver issue will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 10, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140