UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OFFICE OF MANAGEMENT & BUDGET,<br><br>        Defendant(s).<br>_____ / | No. C 07-04997 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |

      The parties are hereby notified that a status conference in this matter will be held **April 21, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.  A Joint Status Report shall be filed not later than 10 days prior to the conference.

                                          Richard W. Wieking<br>
                                          Clerk, U.S. District Court

Dated:  March 13, 2008                      Anthony Bowser, Deputy Clerk to the<br>
                                                                     Honorable Marilyn Hall Patel<br>
                                                                       (415) 522-3140