**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 21, 2008

Case No.   C 07-4997  MHP                    Judge: MARILYN H. PATEL

Title: CENTER FOR BIOLOGICAL DIVERSITY -v- OFFICE OF MANAGEMENT & BUDGET

Attorneys:  Plf: Leah Russin, Noah Long, Justin Augustine
                   Dft: Michael Pyle

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Underlying claims discussed; Defendants to provide requested documents and Vaughn Index not later than 7/14/2008; Further Status Conference set for 8/4/2008 at 3:00 pm, with a joint status report to be filed not later than 7/28/2008;