1  Deborah A. Sivas (CSBN 135446)
2  Leah J. Russin (CSBN 225336)
   Noah Long (Certified Law Student)
3  ENVIRONMENTAL LAW CLINIC
   MILLS LEGAL CLINIC
4  Stanford Law School
   Crown Quadrangle
5  559 Nathan Abbot Way
   Stanford, CA 94305-8610
6  Telephone: (650) 723-0325
7  Facsimile: (650) 723-4426

8  Justin Augustine (CSBN 235561)
   CENTER FOR BIOLOGICAL DIVERSITY
9  351 California Street, Suite 600
   San Francisco, CA 94104
10 Telephone: (415) 436-9682
   Facsimile: (415) 436-9683
11 jaugustine@biologicaldiversity.org

12 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) | |
| ) | |
| **Plaintiff**, ) | Civil Action No.: 07-4997 MHP |
| ) | |
| v. ) | |
| ) | **NOTICE OF CHANGE OF** |
| **THE OFFICE OF MANAGEMENT AND** ) | **ATTORNEY INFORMATION** |
| ) | |
| **BUDGET,** ) | |
| ) | |
| **Defendant**. ) | |
| . ) | |
| ) | |
| ) | |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that effective immediately, the contact information for Justin Augustine, attorney for Plaintiff, is as follows:

Justin Augustine
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Contact information for Plaintiff's other counsel remains unchanged as reflected in the caption of this document.

DATE: June 4, 2008                    Respectfully Submitted,

                                       /s/ Justin Augustine
                                      Justin Augustine (CA Bar No. 235561)
                                      Attorney for Plaintiffs

NOTICE OF CHANGE OF ATTORNEY INFORMATION
Case No. C-07- 4997-MHP