1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102
         Telephone: (415) 436-7322
6        Facsimile:  (415) 436-6748
         Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Office of Management and Budget
8
   Deborah A. Sivas (CSBN 135446)
9  Leah J. Russin (CSBN 225336)
   ENVIRONMENTAL LAW CLINIC
10 MILLS LEGAL CLINIC
   Stanford Law School
11 Crown Quadrangle
   559 Nathan Abbot Way
12 Stanford, CA 94305-8610
   Telephone: (650) 723-0325
13 Facsimile: (650) 723-4426

14 Justin Augustine (CSBN 235561)
   CENTER FOR BIOLOGICAL DIVERSITY
15 351 California Street, Suite 600
   San Francisco, CA 94104
16 Phone: (415) 436-9682
   Facsimile: (415) 436-9683
17
   Attorneys for Plaintiff Center for Biological Diversity

18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                  SAN FRANCISCO DIVISION

22

23 CENTER FOR BIOLOGICAL          )
   DIVERSITY, a non-profit organization, )   No. C 07-4997 MHP
24                                )
         Plaintiff,                )
25                                )           **STIPULATION AND [PROPOSED]**
         v.                        )           **ORDER TO CONTINUE THE DATE BY**
26                                )           **WHICH OMB SHALL PRODUCE**
   THE OFFICE OF MANAGEMENT AND    )           **RESPONSIVE DOCUMENTS AND**
27 BUDGET,                         )           ***VAUGHN* INDICES TO PLAINTIFF**
                                   )
28       Defendant.                )
   _____)

1    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date by which Defendant Office of Management and Budget ("OMB") shall produce documents and *Vaughn* indices relating to Plaintiff Center for Biological Diversity's ("CBD") Freedom of Information Act ("FOIA") Request (currently scheduled for July 14, 2008 pursuant to the Court's April 21, 2008 Civil Pretrial Minutes, Docket No. 32) be continued as follows:

2    OMB will make an initial production of documents, and an accompanying *Vaughn* index, for documents from the time period of September 1, 2003 through June 30, 2004 on July 14, 2008;

3    OMB will make a supplemental production of responsive documents and a revised *Vaughn* index for documents from the time period of September 1, 2003 through June 30, 2004 on or before July 21, 2008 so as to complete OMB's production as to documents from that time period;

4    OMB and CBD will meet and confer as to a schedule for the production of the remaining documents and *Vaughn* indices.  The parties will make a joint proposal or competing proposals in the Status Conference Statement due to be filed on July 28, 2008 and will be prepared to address that issue at the August 4, 2008 Status Conference;

5    If OMB and CBD are able to agree upon a joint proposal as to the schedule for the production of the remaining documents and *Vaughn* indices, they will submit a stipulation for the Court's approval of that proposal.

6    The parties reached this agreement in light of a number of technical challenges that OMB has experienced since late May 2008 with regard to its ability to search for responsive documents and because the parties want OMB's search for responsive documents to be accurate and complete.  The technical challenges and desire for an accurate and complete search for documents, as well as the time involved in preparing *Vaughn* indices, have combined to have rendered it physically impossible for OMB to have been able to produce all responsive documents and a complete *Vaughn* index by the Court's July 14, 2008 deadline.

//

The parties have not previously continued the date by which OMB was to be required to produce responsive documents and a *Vaughn* index.

Respectfully submitted,

DATED: July 11, 2008        By:    ___/s/_____
                                   DEBORAH SIVAS
                                   Attorneys for Plaintiff

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

DATED: July 11, 2008        By:    ___/s/_____
                                   MICHAEL T. PYLE
                                   Assistant United States Attorney
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The date by which OMB shall complete its production of documents and a *Vaughn* index in response to the FOIA request at issue in this case is continued from July 14, 2008 as follows:

1. OMB will make an initial production of documents, and an accompanying *Vaughn* index, for documents from the time period of September 1, 2003 through June 30, 2004 on July 14, 2008;

2. OMB will make a supplemental production of responsive documents and a revised *Vaughn* index for documents from the time period of September 1, 2003 through June 30, 2004 on or before July 21, 2008 so as to complete OMB's production as to documents from that time period;

3. OMB and CBD shall meet and confer as to a schedule for the production of the remaining documents and *Vaughn* indices. The parties shall file a Status Conference Statement on or before July 28, 2008 and attend the August 4, 2008 Status Conference previously scheduled by the Court.

DATED: July 14, 2008        _____
                            HON. MARILYN
                            United States District

IT IS SO ORDERED
Judge Marilyn H. Patel