**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 4, 2008

Case No.   C 07-4997  MHP                    Judge: MARILYN H. PATEL

Title: CENTER FOR BIOLOGICAL DIVERSITY -v- OFFICE OF MANAGEMENT AND BUDGET

Attorneys:  Plf: Leah Russo
            Dft: Michael Pyle

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Preemption process/documents discussed; Parties to meet and confer re Vaughn index; All matters to be turned over by 11/3/08 by category if possible; Declaration re exemptions on Vaughn index to be filed by 8/22/08;

Further status conference set for 9/15/2008 at 3:00 pm;