1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102
           Telephone: (415) 436-7322
6          Facsimile:  (415) 436-6748
           Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Office of Management and Budget
8
   Deborah A. Sivas (CSBN 135446)
9  Leah J. Russin (CSBN 225336)
   ENVIRONMENTAL LAW CLINIC
10 MILLS LEGAL CLINIC
   Stanford Law School
11 Crown Quadrangle
   559 Nathan Abbot Way
12 Stanford, CA 94305-8610
   Telephone: (650) 723-0325
13 Facsimile: (650) 723-4426

14 Justin Augustine (CSBN 235561)
   CENTER FOR BIOLOGICAL DIVERSITY
15 351 California Street, Suite 600
   San Francisco, CA 94104
16 Phone: (415) 436-9682
   Facsimile: (415) 436-9683
17
   Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization, | No. C 07-4997 MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR REMAINDER OF THE CASE** |
| THE OFFICE OF MANAGEMENT AND BUDGET, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the dates in the Court's Civil Pretrial Minutes dated August 4, 2008 (Docket No. 37) shall be vacated and replaced with the following schedule for the remainder of this case, which schedule is subject to further modification as indicated below:

1. The Office of Management and Budget ("OMB") will use its best efforts to search for documents among those not already produced or listed on its *Vaughn* Index for references to the following matters (and in the following order of priority): "greenhouse gases," the "economic cost of carbon," the "social cost of carbon," and the "discount rate" and to produce to the Center for Biological Diversity ("CBD") all responsive documents not subject to withholding under a FOIA exemption or privilege (including communications internal to OMB to the extent such communications are not subject to withholding under a FOIA exemption or privilege) that it has identified using its best efforts by August 15, 2008.  OMB will complete this production no later than September 8, 2008. OMB will not produce a *Vaughn* index concurrently with these productions, but OMB will include a letter with its productions with information about the search terms used and number of documents withheld.  The *Vaughn* index and relevant declaration(s) for these documents will be produced as described in Paragraph 3;

2. OMB will produce to CBD a final *Vaughn* index and supporting declaration(s) for documents withheld under a FOIA exemption or privilege from the time period of September 1, 2003 to June 30, 2004 on or before September 15, 2008 (as opposed to the August 22, 2008 date described in the Court's Civil Pretrial Minutes dated August 4, 2008);

3. OMB will complete its response to the FOIA request at issue in this action by November 3, 2008, including the production of responsive documents not subject to withholding under a FOIA exemption or privilege (which production will be made in stages, on September 8, 2008, October 8, 2008 and November 3, 2008), the production of final *Vaughn* indices (which may be categorical rather than

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR REMAINDER OF CASE
No. C 07-4997 MHP                                                       1

document by document), and the production of any declaration(s) related to documents withheld under a FOIA exemption or privilege;

4. The Court will hold a Case Management Conference on September 8, 2008 at 3:00 p.m., with a Joint Statement submitted by September 2, 2008. The purpose of the conference will be for the parties to raise any and all issues with regard to this schedule. For example, OMB's current good faith belief is that it will not be able to produce to CBD a final *Vaughn* index and supporting declaration(s) for documents withheld under a FOIA exemption or privilege from the time period of September 1, 2003 to June 30, 2004 on or before September 15, 2008. OMB enters into this stipulation at this time in good faith however, and will use its best efforts to meet this deadline. CBD, on the other hand, believes OMB can and should meet the deadlines agreed to in this stipulation. CBD has sought these documents for more than two years and contends that it has accommodated OMB's prior requests for extensions. CBD would strongly oppose any request for further delay;

5. The parties' cross-motions for summary adjudication as to documents withheld under a FOIA exemption or privilege from the time period of September 1, 2003 to June 30, 2004 shall be filed on October 6, 2008 and the parties shall file any papers opposing the other party's motion for summary adjudication on October 20, 2008; the Court will hold a hearing on November 10, 2008 at 2:00 p.m.; and

6. Three weeks following the Court's ruling on the cross-motions for summary adjudication the parties shall file cross-motions for summary judgment as to any documents withheld under a FOIA exemption or privilege that were not addressed in the first motion for summary adjudication, which motions shall be set for hearing on the Court's first available date for hearing that would give the Court at least two weeks to review all of the briefing, and any papers opposing the other party's motion for summary adjudication shall be filed two weeks after the filing of the cross-motions for summary adjudication.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR REMAINDER OF CASE
No. C 07-4997 MHP                                2

The parties have not previously continued the dates contained in this stipulation.

Respectfully submitted,

DATED: August 6, 2008          By:      /s/
                                        LEAH J. RUSSIN
                                        Attorneys for Plaintiff

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: August 6, 2008          By:      /s/
                                        MICHAEL T. PYLE
                                        Assistant United States Attorney
                                        Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The schedule for the remainder of this case, subject to modification by the Court, shall be as follows:

1. The Office of Management and Budget ("OMB") shall use its best efforts to search for documents among those not already produced or listed on its *Vaughn* Index for references to the following matters (and in the following order of priority): "greenhouse gases," the "economic cost of carbon," the "social cost of carbon," and the "discount rate" and to produce to the Center for Biological Diversity ("CBD") all responsive documents not subject to withholding under a FOIA exemption or privilege (including communications internal to OMB to the extent such communications are not subject to withholding under a FOIA exemption or privilege) that it has identified using its best efforts by August 15, 2008. OMB shall complete this production no later than September 8, 2008. OMB need not produce a *Vaughn* index concurrently with these productions, but OMB shall include a letter with its productions with information about the search terms used and number of documents withheld. The *Vaughn* index and relevant declaration(s) for these documents shall be produced as described in Paragraph 3 of this Order;

2. OMB shall produce to CBD a final *Vaughn* index and supporting declaration(s)

for documents withheld under a FOIA exemption or privilege from the time period of September 1, 2003 to June 30, 2004 on or before September 15, 2008 (as opposed to the August 22, 2008 date described in the Court's Civil Pretrial Minutes dated August 4, 2008);

3. OMB shall complete its response to the FOIA request at issue in this action by November 3, 2008, including the production of responsive documents not subject to withholding under a FOIA exemption or privilege (which production shall be made in stages, on September 8, 2008, October 8, 2008 and November 3, 2008), the production of final *Vaughn* indices (which may be categorical rather than document by document), and the production of any declaration(s) related to documents withheld under a FOIA exemption or privilege;

4. The Court will hold a Case Management Conference on September 8, 2008 at 3:00 p.m.; a Joint Statement shall be filed by September 2, 2008. The purpose of the conference will be for the parties to raise any and all issues with regard to this schedule. The Court recognizes that OMB may request additional time for one or more of the deadlines in this Order and that CBD would strongly oppose any such request for further delay, but nevertheless orders OMB to work in good faith and with its best efforts to meet the deadlines;

5. The parties' cross-motions for summary adjudication as to documents withheld under a FOIA exemption or privilege from the time period of September 1, 2003 to June 30, 2004 shall be filed on October 6, 2008 and the parties shall file any papers opposing the other party's motion for summary adjudication on October 20, 2008; the Court will hold a hearing on those cross-motions on November 10, 2008 at 2:00 p.m.; and

6. Three weeks following the Court's ruling on the cross-motions for summary adjudication the parties shall file cross-motions for summary judgment as to any documents withheld under a FOIA exemption or privilege that were not addressed in the first motion for summary adjudication, which motions shall be set for

1 | hearing on the Court's first available date for hearing that would give the Court at
2 | least two weeks to review all of the briefing, and any papers opposing the other
3 | party's motion for summary adjudication shall be filed two weeks after the filing
4 | of the cross-motions for summary adjudication.

DATED: August __, 2008

_____
HON. MARILYN HALL PATEL
United States District Judge