## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: September 8, 2008

Case No.   C 07-4997  MHP			Judge: MARILYN H. PATEL

Title: CENTER FOR BIOLOGICAL DIVERSITY -v- OFFICE OF MANAGEMENT AND BUDGET

Attorneys:  Plf: Leah Russo, Justin Agustine
            Dft: Michael Pyle

Deputy Clerk:  Anthony Bowser   Court Reporter: Kathy Wyatt

## PROCEEDINGS

1)   Status Conference

2)

3)

## ORDERED AFTER HEARING:

All documents provided as requested by plaintiff; Further briefing re vaughn index to be submitted by 9/15/2008, with production by 11/3/2008;  Further briefing as previously stipulated and ordered by court;