1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-7322
6       Facsimile:  (415) 436-6748
        Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Office of Management and Budget
8
   Deborah A. Sivas (CSBN 135446)
9  Leah J. Russin (CSBN 225336)
   ENVIRONMENTAL LAW CLINIC
10 MILLS LEGAL CLINIC
   Stanford Law School
11 Crown Quadrangle
   559 Nathan Abbot Way
12 Stanford, CA 94305-8610
   Telephone: (650) 723-0325
13 Facsimile: (650) 723-4426

14 Justin Augustine (CSBN 235561)
   CENTER FOR BIOLOGICAL DIVERSITY
15 351 California Street, Suite 600
   San Francisco, CA 94104
16 Phone: (415) 436-9682
   Facsimile: (415) 436-9683
17
   Attorneys for Plaintiff Center for Biological Diversity
18

19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21                        SAN FRANCISCO DIVISION
22

23 CENTER FOR BIOLOGICAL               )
   DIVERSITY, a non-profit organization, )   No. C 07-4997 MHP
24                                     )
          Plaintiff,                   )
25                                     )   **STIPULATION AND [PROPOSED]**
          v.                           )   **ORDER REGARDING DEADLINE FOR**
26                                     )   **FILING OPPOSITION BRIEFS ON**
   THE OFFICE OF MANAGEMENT AND        )   **PENDING MOTIONS FOR SUMMARY**
27 BUDGET,                             )   **ADJUDICATION**
                                       )
28        Defendant.                   )
   _____)

1  IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval
2  of the Court, that the date for the parties to file their respective opposition briefs for the currently
3  pending cross-motions for summary adjudication (currently scheduled to be filed on October 20,
4  2008) shall be continued to October 23, 2008.  The reason for this stipulation is that counsel for
5  Defendant has been sick since last weekend and has not been able to prepare an opposition brief
6  due to the symptoms he has been experiencing.   Counsel for Plaintiff agreed to this request on
7  the condition that the current hearing date of November 17, 2008 be maintained and the parties
8  request that the hearing date be maintained.  The parties believe that the Court will have
9  sufficient time to review the papers since under this stipulated request the Court would have the
10 papers for three weeks in advance of the hearing since no reply briefs will be filed by the parties.
11       The parties have not previously continued the dates contained in this stipulation.

                              Respectfully submitted,

DATED: October 16, 2008        By:     /s/
                                    VERA PARDEE
                                    Attorneys for Plaintiff

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: October 16, 2008        By:     /s/
                                    MICHAEL T. PYLE
                                    Assistant United States Attorney
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The date for the parties to file their respective opposition briefs is continued to October 23, 2008. The hearing on the parties' cross-motions for summary adjudication will be held, as previously ordered by the Court, on November 17, 2008 at 2:00 p.m.

DATED: October 21, 2008

                              HON. MARILYN H. PATEL
                              United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR OPPOSITION BRIEF
No. C 07-4997 MHP