JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Office of Management and Budget

Deborah A. Sivas (CSBN 135446)
Leah J. Russin (CSBN 225336)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Justin Augustine (CSBN 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683

Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | No. C 07-4997 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NOVEMBER 3, 2008 DEADLINE** |

1   IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval
2 of the Court, that the November 3, 2008 deadline for certain events as more fully described in
3 Paragraph 3 of the Court's August 7, 2008 Order be modified as follows.
4   Paragraph 3 currently reads: "OMB shall complete its response to the FOIA request at
5 issue in this action by November 3, 2008, including the production of responsive documents not
6 subject to withholding under a FOIA exemption or privilege (which production shall be made in
7 stages, on September 8, 2008, October 8, 2008 and November 3, 2008), the production of final
8 *Vaughn* indices (which may be categorical rather than document by document), and the
9 production of any declaration(s) related to documents withheld under a FOIA exemption or
10 privilege."
11   Counsel for OMB has represented to counsel for CBD that OMB is unable, by November
12 3, 2008, to produce a final *Vaughn* index that identifies the documents it will withhold under a
13 FOIA exemption or privilege individually rather than by category and that it cannot produce
14 final supporting declarations until the Vaughn index is complete.  Although it is CBD's position
15 that OMB's delay is unreasonable, based on OMB's representation, CBD agrees, and the parties
16 stipulate to the following, subject to the Court's approval:
17   OMB shall produce all responsive documents it contends are not subject to withholding
18 under a FOIA exemption or privilege and a draft *Vaughn* index and supporting declarations on or
19 before November 3, 2008 and OMB shall produce its final *Vaughn* index (describing each
20 withheld document individually) and final supporting declarations on or before November 13,
21 2008.

22                    Respectfully submitted,

23
DATED: November 3, 2008        By:      /s/_____
24                                        VERA PARDEE
                                         Attorneys for Plaintiff
25 //
   //
26 //
   //
27 //
   //
28 //

STIPULATION AND [PROPOSED] ORDER RE NOVEMBER 3, 2008 DEADLINE
No. C 07-4997 MHP

1
2          JOSEPH P. RUSSONIELLO
           United States Attorney
3
4
5  DATED: November 3, 2008     By:    /s/
                                    MICHAEL T. PYLE
6                                   Assistant United States Attorney
                                    Attorneys for Defendant

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

8         The deadlines set by this Court on August 7, 2008 remain in effect with the following

9  changes: OMB shall produce all responsive documents it contends are not subject to withholding

10 under a FOIA exemption or privilege, a draft *Vaughn* index, and drafts of supporting

11 declarations to CBD on or before November 3, 2008.  OMB shall produce to CBD its final

12 *Vaughn* index (which index will describe each withheld document individually) and final

13 supporting declarations on or before November 13, 2008.

14

15 DATED: November __14_, 2008        _____
                                     HON. MARILYN H. PATEL
16                                   United States District Judge

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE NOVEMBER 3, 2008 DEADLINE
No. C 07-4997 MHP