1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102
         Telephone: (415) 436-7322
6        Facsimile:  (415) 436-6748
         Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Office of Management and Budget
8
   Deborah A. Sivas (CSBN 135446)
9  ENVIRONMENTAL LAW CLINIC
   MILLS LEGAL CLINIC
10 Stanford Law School
   Crown Quadrangle
11 559 Nathan Abbot Way
   Stanford, CA 94305-8610
12 Telephone: (650) 723-0325
   Facsimile: (650) 723-4426
13
   Justin Augustine (CSBN 235561)
14 CENTER FOR BIOLOGICAL DIVERSITY
   351 California Street, Suite 600
15 San Francisco, CA 94104
   Phone: (415) 436-9682
16 Facsimile: (415) 436-9683

17 Attorneys for Plaintiff Center for Biological Diversity

18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                   SAN FRANCISCO DIVISION

22
   CENTER FOR BIOLOGICAL            )   No. C 07-4997 MHP
23 DIVERSITY, a non-profit organization, )
                                      )
24         Plaintiff,                 )
                                      )   **STIPULATION AND [PROPOSED]**
25         v.                         )   **ORDER REGARDING BRIEFING**
                                      )   **SCHEDULE FOR 1/5/09** *VAUGHN*
26 THE OFFICE OF MANAGEMENT AND      )   **INDEX AND DECLARATIONS**
   BUDGET,                            )
27                                    )
           Defendant.                 )
28 _____)

1  IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval
2  of the Court, that the briefing schedule for cross-motions for summary adjudication regarding the
3  *Vaughn* index and declarations that OMB will be submitting on January 5, 2009 is as follows:
4  opening briefs to be filed on or before January 26, 2009; opposition briefs to be filed on or
5  before February 9, 2009; and a hearing on a date to be selected by the Court.  The reason for this
6  stipulation is that the parties would like to brief the merits of OMB's January 5, 2009 *Vaughn*
7  index and declarations by means of co-coordinated, simultaneous cross-motions and oppositions.
8  The parties have not previously continued the dates contained in this stipulation.

Respectfully submitted,

DATED: December 19, 2008    By:    _____/s/_____
                                    VERA PARDEE
                                    Attorneys for Plaintiff

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: December 19, 2008    By:    _____/s/_____
                                    MICHAEL T. PYLE
                                    Assistant United States Attorney
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The date for the parties to file their papers regarding their anticipated cross-motions for summary adjudication regarding OMB's January 5, 2009 *Vaughn* index and declarations is as follows: opening briefs will be filed on or before January 26, 2009 and opposition briefs will be filed on or before February 9, 2009.  The hearing on these cross-motions will be held on the following date selected by the Court __February 23_____, 2009 at 2:00 p.m.

DATED: December 22, 2008

HON. MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel