1   Deborah A. Sivas (CSBN 135446)
    ENVIRONMENTAL LAW CLINIC
2   Mills Legal Clinic at Stanford Law School
    559 Nathan Abbott Way
3   Stanford, California 94305-8610
    Telephone:  (650) 725-8571
4   Facsimile:   (650) 723-4426
    dsivas@law.stanford.edu
5

6   Vera Pardee (CSBN 106146)
    Justin Augustine (CSBN 235561)
7   CENTER FOR BIOLOGICAL DIVERSITY
    351 California Street, Suite 600
8   San Francisco, California 94104
    Telephone:  (415) 436-9682
9   Facsimile:   (415) 436-9683
    vpardee@biologicaldiversity.org
10  jaugustine@biologicaldiversity.org

11  Attorneys for Plaintiff CENTER FOR BIOLOGICAL DIVERSITY

12

13
                       IN THE UNITED STATES DISTRICT COURT
14
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                             SAN FRANCISCO DIVISION
16

17  CENTER FOR BIOLOGICAL DIVERSITY,      )      Case No. C 07-4997 MHP
                                          )
18                   Plaintiff,           )      STIPULATION AND [PROPOSED]
                                          )      ORDER REGARDING BRIEFING
19        v.                              )      SCHEDULE FOR 1/05/09 *VAUGHN*
                                          )      INDEX AND DECLARATIONS
20  OFFICE OF MANAGEMENT AND BUDGET,      )
                                          )
21                                        )
                                          )
22                   Defendant            )
                                          )
23  _____)

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR 1/05/09 VAUGHN INDEX AND
DECLARATIONS, Case No.  C-07- 4997-MHP

1    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

2  Court, that the briefing schedule for cross-motions for summary adjudication regarding the *Vaughn*

3  index and declarations that OMB submitted on January 5, 2009 concerning the "ARMS" documents be

4  continued by two weeks, as follows:  opening briefs to be filed on or before February 9, 2009;

5  opposition briefs to be filed on or before February 23, 2009; and a hearing on a date selected by the

6  Court.  The reason for this stipulation is that OMB, in its January 5, 2009 submission, stated that it will

7  release additional ARMS documents to the Center for Biological Diversity, but that this release will not

8  occur until Friday, January 16, 2009; and the Center wishes to review those documents before drafting

9  the anticipated summary judgment motions.

10

11                                                      Respectfully submitted,
     DATED: January 13, 2009           By:     _____/s/_____
12                                                      Vera Pardee, Attorney for Plaintiff

13                                                      JOSEPH P. RUSSONIELLO
                                                        United States Attorney
14

15   DATED:  January 13, 2009          By:     _____/s/ _____
                                                        MICHAEL T. PYLE
16                                                      Assistant United States Attorney
                                                        Attorneys for Defendant
17

18   **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

19        The date for the parties to file their papers regarding their anticipated cross-motions for

20   summary adjudication regarding OMB's January 5, 2009 *Vaughn* index and declarations is as

21   follows: opening briefs will be filed on or before February 9, 2009 and opposition briefs will be

22   filed on or before February 23, 2009. The hearing on these cross-motions will be held on the

23   following date selected by the Court:  __March 9_____, 2009 at 2:00 p.m.

24

25   DATED: January 14, 2008                    _____

26                                                      HON. MARILYN H. (...)
                                                        United States District (...)
27

28
     PLAINTIFF'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR (...) JUDGMENT ON
     EXCHANGE DOCUMENTS
     Case No.  C-07- 4997-MHP                              Page 1

IT IS SO ORDERED

Judge Marilyn H. Patel