JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Office of Management and Budget

Deborah A. Sivas (CSBN 135446)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Justin Augustine (CSBN 235561)
Vera Pardee (CSBN 106146)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683

Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | No. C 07-4997 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR REMAINDER OF CASE** |

1  WHEREAS the current schedule for the disposition of this case involves the filing of
2  cross-motions for summary adjudication regarding the "ARMS Documents" on February 9, 2009
3  and opposition briefs on February 23, 2009 followed by a cross-briefs seeking summary
4  adjudication regarding the "EXCHANGE Documents" on March 14, 2009, with a hearing on the
5  motions regarding both the ARMS and EXCHANGE Documents on March 23, 2009 at 2:00
6  p.m.
7  IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval
8  of the Court, that the briefing schedule be amended such that the parties would file cross-
9  motions for summary adjudication regarding the ARMS Documents on or before February 27,
10 2009 and file briefs on or before March 13, 2009 that would address any opposition to the
11 motions filed on February 27, 2009 and also seek summary adjudication with regard to the
12 EXCHANGE documents.  OMB will produce a revised *Vaughn* index and declarations in
13 connection with the EXCHANGE documents to CBD by March 1, 2009.  The
14 reason for this stipulation is that the parties believe that the existing briefing schedule can and
15 should be made more efficient for both the parties and the Court.

16                              Respectfully submitted,
17 DATED: February 4, 2009     By:     /s/_____
                                       VERA PARDEE
18                                     Attorneys for Plaintiff

19                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
20

21 DATED: February 4, 2009     By:     /s/_____
                                       MICHAEL T. PYLE
22                                     Assistant United States Attorney
                                       Attorneys for Defendant
23

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

24
25 The parties shall file cross-motions for summary adjudication regarding the ARMS
26 Documents on or before February 27, 2009 (instead of February 9, 2009) and file briefs on or
27 before March 13, 2009 that would address any opposition to the motions filed on February 27,
28 2009 (instead of February 23, 2009) and also seek summary adjudication with regard to the

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR BRIEFING
No. C 07-4997 MHP                           2

1  EXCHANGE documents.  OMB shall produce a revised *Vaughn* index and declarations in
2  connection with the EXCHANGE documents to CBD by March 1, 2009.  The hearing on the
3  motions regarding the ARMS and EXCHANGE documents will be held on March 23, 2009 at
4  2:00 p.m.

6  DATED: February 6, 2009

IT IS SO ORDERED

*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA