JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Office of Management and Budget

Deborah A. Sivas (CSBN 135446)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Justin Augustine (CSBN 235561)
Vera Pardee (CSBN 106146)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683

Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | No. C 07-4997 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR FURTHER CASE MANAGEMENT CONFERENCE** |

1  IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval
2  of the Court, that the further case management conference scheduled for June 15, 2009 at 3:00
3  p.m. is continued to July 13, 2009 at 3:00 p.m. and that the further case management conference
4  statement shall be filed by July 2, 2009.
5  On May 5, 2009 the Court issued its ruling on the cross-motions for summary judgment
6  regarding the ARMS and EXCHANGE documents at issue in this case. On May 14, 2009, OMB
7  released some additional documents in whole or in part. In the weeks since the Court's ruling
8  the parties have been working diligently to apply the Court's ruling to the documents in dispute.
9  The undersigned have been working cooperatively to meet and confer about the documents in
10 dispute and the process for *in camera* review. The undersigned are working to try to reduce the
11 number of documents in dispute and organize them in a way so as to make *in camera* review less
12 burdensome. The undersigned believe that additional time to complete the process will make
13 their effort more productive. In addition, the undersigned counsel for Defendant is working with
14 OMB on the possibility of further discretionary releases of documents currently in dispute. The
15 parties request a date of July 2, 2009 to submit the further case management conference
16 statement because counsel for Defendant will be on vacation starting June 19, 2009 and will not
17 return until the early morning of June 29, 2009.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
No. C 07-4997 MHP                                1

The parties have not previously continued the deadlines set by the Court in its May 5, 2009 order.

Respectfully submitted,

DATED: June 3, 2009       By:      /s/_____
                                   VERA PARDEE
                                   Attorneys for Plaintiff

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

DATED: June 3, 2009       By:      /s/_____
                                   MICHAEL T. PYLE
                                   Assistant United States Attorney
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The further case management conference scheduled for June 15, 2009 at 3:00 p.m. is continued to July 13, 2009 at 3:00 p.m. The parties shall submit a further case management conference statement no later than July 2, 2009.

DATED: 6/4/2009           _____
                          HON. MARILYN H. PATEL
                          United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed seal)*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
No. C 07-4997 MHP                                    2