Deborah A. Sivas (CSBN 135446)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
dsivas@law.stanford.edu

Justin Augustine (CSBN 235561)
Vera Pardee (CSBN 106146)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
jaugustine@biologicaldiversity.org
vpardee@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | )<br>) |
| **Plaintiff**, | ) Civil Action No.: C-07-4997 MHP<br>) |
| v. | )<br>) [PROPOSED] STIPULATION  RE |
| **THE OFFICE OF MANAGEMENT AND** | ) CASE MANAGEMENT<br>) CONFERENCE DATE |
| **BUDGET,** | ) Date:       October 19, 2009 |
| **Defendant**. | ) Time:       2:00 p.m.<br>) Court:      15, 18th Floor |
| . | )<br>) |

STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No.  C-07- 4997-MHP                                                    1

1  Plaintiff, the Center for Biological Diversity (the "Center"), and defendant, the Office of
2 Management and Budget ("OMB"), by and through their undersigned counsel, hereby submit the
3 following Proposed Stipulation Re Case Management Conference Date.
4  As this Court is aware, OMB recently located additional documents responsive to the Center's
5 FOIA request that have not been submitted for *in camera* inspection to Magistrate Judge Zimmerman.
6 OMB has released a number of these documents to the Center, and the parties are presently engaged in
7 discussions about some additional documents OMB may release to the Center, whether other documents
8 are subject to the Court's summary judgment rulings, whether all remaining documents should be
9 released to the Center, or whether they should be submitted for *in camera* inspection. The parties are
10 hopeful that the matter can be resolved between themselves, and thus request that the date on which the
11 Center must file any request for immediate release of the remaining documents, the date of any response
12 by OMB, and the date of the next Case Management Conference, be delayed by two weeks.
13  Subject to the Court's approval, the parties stipulate and have agreed that (1) the Center shall
14 have until October 27, 2009 at 4:00 p.m. to file any request for immediate release of the remaining,
15 recently located documents; (2) OMB shall have until October 29, 2009 at 4:00 p.m. to file a responsive
16 brief, if any; and (3) the next Case Management Conference take place on November 2, 2009 at 3:00
17 p.m.

Dated:  October 16, 2009

JOSEPH P. RUSSONIELLO
United States Attorney


By:_____ /s/_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorney for Defendant OMB


VERA PARDEE

By: _____/s/_____
Attorney for Plaintiff Center for Biological Diversity

STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No.  C-07- 4997-MHP                    2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

As stipulated by the parties, (1) the Center for Biological Diversity shall file any briefing to request the immediate release of the recently discovered documents by October 27, 2009 at 4:00 p.m.; (3) OMB shall file any responsive briefing by October 29, 2009 at 4:00 p.m.; and (2) the next Case Management Conference in this matter shall take place on November 2, 2009 at 3:00 p.m.

Dated:  October  14 , 2009

_____
HON. MARILYN PATEL
United States District Judge



STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No.  C-07- 4997-MHP          3