Deborah A. Sivas (CSBN 135446)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
dsivas@law.stanford.edu

Justin Augustine (CSBN 235561)
Vera Pardee (CSBN 106146)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
jaugustine@biologicaldiversity.org
vpardee@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** <br><br> Plaintiff, <br><br> v. <br><br> **THE OFFICE OF MANAGEMENT AND BUDGET,** <br><br> **Defendant.** | Civil Action No.: C-07-4997 MHP <br><br> [PROPOSED] STIPULATION RE CASE MANAGEMENT CONFERENCE AND FURTHER BRIEFING SCHEDULE <br><br> Date:   November 2, 2009 <br> Time:   3:00 p.m. <br> Court:  15, 18th Floor |

1  Plaintiff, the Center for Biological Diversity (the "Center"), and defendant, the Office of
2  Management and Budget ("OMB"), by and through their undersigned counsel, hereby submit the
3  following Proposed Stipulation Re Case Management Conference and Further Briefing Schedule.
4  The parties have reached agreement concerning the additional documents OMB recently located
5  that were responsive to the Center's FOIA request but that had not been submitted for *in camera*
6  inspection to Magistrate Judge Zimmerman. OMB has released 16 of these documents, and the Center
7  will not challenge OMB's assertion that the 21 remaining documents fall within this Court's summary
8  judgment orders in this matter and need not be disclosed. Thus, the parties believe that a further status
9  conference on November 2, 2009 is not necessary.
10  Further, neither party has challenged the Report and Recommendation issued by Magistrate
11  Judge Zimmerman in this matter dated August 25, 2009 and amended September 9, 2009. Thus, the
12  parties believe that this Court should now be able to issue an order concerning that Report and
13  Recommendation.
14  Once this Court has entered its order, the parties wish to stipulate to a schedule that would allow
15  them to negotiate the Center's request for fees and costs in this matter among themselves, and, failing
16  that, to brief this issue to the Court. Subject to the Court's approval, the parties stipulate that they will
17  submit this agreed-upon schedule within five (5) court days after this Court has entered its order
18  concerning Magistrate Judge Zimmerman's Report and Recommendation.

Dated: October 27, 2009                            United States Attorney


By:_____/s/_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorney for Defendant OMB

[PROPOSED] STIPULATION RE CASE MANAGEMENT CONFERENCE ETC
Case No. C-07- 4997-MHP                            2

```
                            VERA PARDEE

                            By: _____/s/_____
                            Attorney for Plaintiff Center for Biological
                            Diversity
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

As stipulated by the parties, (1) the next Case Management Conference in this matter currently scheduled to take place on November 2, 2009 at 3:00 p.m. is taken off calendar; and (2) the parties shall submit for approval by the Court a proposed schedule to negotiate and, if necessary, brief the issues pertaining to the Center's request for fees and costs in this matter within five (5) court days after this Court has entered its order concerning Magistrate Judge Zimmerman's Report and Recommendation dated August 25, 2009 and amended September 9, 2009.

Dated: ~~October~~ November 3, 2009



HON.
United
Judge Marilyn H. Patel

IT IS SO ORDERED

[PROPOSED] STIPULATION RE CASE MANAGEMENT CONFERENCE ETC
Case No. C-07- 4997-MHP                     3