JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Office of Management and Budget

Deborah A. Sivas (CSBN 135446)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Justin Augustine (CSBN 235561)
Vera Pardee (CSBN 106146)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683

Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | No. C 07-4997 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR RESOLUTION OF FEE & COST REQUEST** |

1     WHEREAS the parties previously stipulated, and the Court previously ordered, that "the parties shall submit for approval by the Court a proposed schedule to negotiate and, if necessary, brief the issues pertaining to the Center's request for fees and costs in this matter within five (5) court days after this Court has entered its order concerning Magistrate Judge Zimmerman's Report and Recommendation dated August 25, 2009 and amended September 9, 2009.";

    WHEREAS the Court adopted Magistrate Judge Zimmerman's Report and Recommendation in its entirety; AND

    WHEREAS the Court approved a stipulation setting the briefing schedule for the Center's request for fees and costs in this matter be set such that the Center's opening brief would be due January 15, 2010, Defendant's opposition would be due January 29, 2010, the Center's reply would be due February 16, 2009, and the Court would have a hearing on March 1, 2010 at 2:00 p.m.

    The parties stipulate, subject to approval by the Court, that the deadline for the Center to file its opening brief is continued from January 15, 2010 to January 25, 2010 and the deadline for Defendant's opposition is continued from January 29, 2010 to February 5, 2010. The deadline for the reply brief and the hearing would remain unchanged. The parties have proposed this change in the briefing schedule to give them time to try to negotiate a resolution of Plaintiff's request for fees and costs.

                      Respectfully submitted,

DATED: January 5, 2010         By:     /s/_____
                                               VERA PARDEE
                                               Attorneys for Plaintiff

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

DATED: January 5, 2010         By:     /s/_____
                                             MICHAEL T. PYLE
                                             Assistant United States Attorney
                                             Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

    The deadline for the Center to file its opening brief is continued from January 15, 2010 to

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING FEE AND COST REQUEST
No. C 07-4997 MHP

1. January 25, 2010 and the deadline for Defendant's opposition is continued from January 29,
2. 2010 to February 5, 2010. The deadline for the reply brief and the date and time of the hearing
3. remain as previously ordered by the Court pursuant to stipulation.
4. DATED: January 6, 2010

HON. MARILYN _____
United States D_____

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*