JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Office of Management and Budget

Deborah A. Sivas (CSBN 135446)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbot Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Justin Augustine (CSBN 235561)
Vera Pardee (CSBN 106146)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683

Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | No. C 07-4997 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSAL OF PLAINTIFF'S CLAIMS** |

|  1 | Plaintiff Center for Biological Diversity ("the Center") and Defendant Office of
|  2 | Management and Budget ("OMB"), through their undersigned counsel, enter into this Settlement
|  3 | in order to fully resolve this litigation and the Center's claim for attorneys' fees, expenses and
|  4 | costs generated in connection with this litigation.
|  5 | The parties agree as follows:
|  6 | 1. Defendant will pay to the Center, by means of an electronic payment to a bank
|  7 | account to be designated by the Center, the amount of $175,000.00 to cover attorneys' fees,
|  8 | expenses and costs of all counsel pursuant to the Freedom of Information Act, 5 U.S.C. §
|  9 | 552(a)(4)(E). This payment is full and final payment for all attorneys' fees, expenses and costs.
| 10 | This payment is inclusive of any interest. If any withholding or income tax liability is imposed
| 11 | upon Plaintiff or Plaintiff's counsel based on payment of the settlement sum as set forth herein,
| 12 | Plaintiff and its counsel shall be solely responsible for paying any such liability.
| 13 | 2. Defendant shall make payment to the Center no later than thirty days after the
| 14 | date that the Court approves this Stipulation. Defendant further agrees to make all reasonable
| 15 | efforts to process and cause payment to be made to the Center as soon as possible.
| 16 | 3. Contingent upon receipt of payment pursuant to Paragraph 1 above, Plaintiff
| 17 | hereby (a) releases Defendant from any past, present or future claims for attorneys' fees,
| 18 | expenses or costs in connection with this litigation and (b) dismisses with prejudice this
| 19 | litigation and all claims against Defendant relating to the FOIA request at issue in this litigation.
| 20 | 4. The Court shall retain jurisdiction regarding enforcement of Defendant's
| 21 | agreement to make the payment pursuant to Paragraph 1 above.
| 22 | 5. This Stipulation is binding upon and inures to the benefit of the parties hereto and
| 23 | their respective successors and assigns.
| 24 | 6. No party is making an admission of liability or fault to any other party and
| 25 | nothing in this Stipulation shall be construed as an admission of liability or fault.
| 26 | 7. This Stipulation may be pled as a full and complete defense to any action or other
| 27 | proceeding in which any party seeks attorneys' fees, expenses or costs generated in this
| 28 | litigation.

8. Plaintiff and its current counsel expressly agree that neither it nor any of its current or former attorneys may make any claim for attorneys' fees, expenses or costs generated in this litigation against Defendant, the United States, their agents, servants or employees.

Respectfully submitted,

DATED: February 4, 2010    By:    \_\_\_\_\_/s/_____
VERA PARDEE
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 4, 2010    By:    \_\_\_\_\_/s/_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: February 8, 2010    _____
HON. MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA